1  **TEAL & MONTGOMERY**
   MICHAEL S. HENDERSON (Bar No. 175608)
2  815 Fifth Street, Suite 200
   Santa Rosa, California 95404
3  Telephone: (707) 525-1212
   Facsimile: (707) 544-1388
4

ATTORNEYS FOR PLAINTIFF

5
6
7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9
10
11

| | |
|---|---|
| PAUL MAZUR, | Case No. C 07-1904 JSW |
| Plaintiff, | **STIPULATION TO CONTINUE CASE MANGEMENT CONFERENCE; [PROPOSED] ORDER THEREON** |
| vs. | |
| PACIFIC TELESIS GROUP COMPREHENSIVE DISABILITY BENEFITS PLAN, AT&T UMBRELLA BENEFIT PLAN NO. 1, and DOES 1 through 50, inclusive, | Date: July 27, 2007<br>Time: 1:30 p.m.<br>Ctrm: 2, 17th Floor |
| Defendants. | |

The parties, by and through their counsel, hereby stipulate to continue the initial Case Management Conference scheduled on July 27, 2007. Plaintiff's lead trial counsel will be in Washington D.C. on July 27, 2007, taking depositions of certain federal employees in the case of <u>Cleveland v. United States of America</u>, Case No. C 06-3853 PJH. These depositions were only recently scheduled, and cannot be moved because of a pending discovery cut-off.

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | DATED: July 24, 2007 | TEAL & MONTGOMERY |
| 2 | | |
| 3 | | By: _____ |
| 4 | | MICHAEL S. HENDERSON<br>Attorney for Plaintiff |
| 5 | | |
| 6 | Dated: July 24, 2007 | MILLER LAW GROUP |
| 7 | | |
| 8 | | By: ___/S/_____ |
| 9 | | KATHERINE KETTLER<br>Attorneys for Defendant |

Case 3:07-cv-01904-JSW   Document 14   Filed 07/24/2007   Page 2 of 2

## ORDER

With good cause appearing therefor,

IT IS HEREBY ORDERED that the Case Management Conference is continued to August 17, 2007, at 1:30 p.m.

IT IS SO ORDERED.

DATED: July 24, 2007

_Jeffrey S White_
JUDGE OF THE DISTRICT COURT

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
2
[PROPOSED] ORDER