1 **TEAL & MONTGOMERY**
MICHAEL S. HENDERSON (Bar No. 175608)
2 815 Fifth Street, Suite 200
Santa Rosa, California 95404
3 Telephone: (707) 525-1212
Facsimile: (707) 544-1388

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MAZUR,<br><br>    Plaintiff,<br><br>vs.<br><br>PACIFIC TELESIS GROUP COMPREHENSIVE DISABILITY BENEFITS PLAN, AT&T UMBRELLA BENEFIT PLAN NO. 1, and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. C 07-1904 JSW<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON** |

1  The parties, by and through their attorneys of record, hereby stipulate to continue the
2  initial Case Management Conference currently scheduled for November 16, 2007, to a date no
3  earlier than November 27, 2007.  Good cause exists for this continuance because plaintiff's
4  counsel will be gone on a pre-scheduled vacation from November 15, 2007 through November
5  27, 2007 for which non-refundable airline tickets and accommodations have already been
6  purchased.  Based upon these circumstances, Defendants do not oppose Plaintiff's request to
7  reschedule the CMC.

8  DATED:   November 14, 2007                TEAL & MONTGOMERY

                                   By:   _____/S/_____
                                         MICHAEL S. HENDERSON
                                         Attorney for Plaintiff

   DATED: November 14, 2007                  MILLER LAW GROUP

                                   By:   _____/S/_____
                                         KATHERINE KETTLER
                                         Attorneys for Defendant

## ORDER

With good cause appearing therefor,

   IT IS HEREBY ORDERED that the Case Management Conference is continued to
_November 30_____, 2007, at 1:30 p.m.

   DATED:   November 15, 2007            _Jeffrey S. White_____
                                         JUDGE OF THE DISTRICT COURT

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
2                                                              [PROPOSED] ORDER