TEAL & MONTGOMERY
MICHAEL S. HENDERSON (Bar No. 175608)
815 Fifth Street, Suite 200
Santa Rosa, California 95404
Telephone: (707) 525-1212
Facsimile: (707) 544-1388

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MAZUR,<br><br>                 Plaintiff,<br><br>vs.<br><br>PACIFIC TELESIS GROUP COMPREHENSIVE DISABILITY BENEFITS PLAN, AT&T UMBRELLA BENEFIT PLAN NO. 1, and DOES 1 through 50, inclusive,<br><br>                 Defendants. | Case No. C 07-1904 JSW<br><br>**STIPULATION REGARDING STANDARD OF REVIEW; REQUEST FOR HEARING ON RIGHT TO CONDUCT DISCOVERY;** ~~PROPOSED~~ **ORDER** |

The Parties, by and through their attorneys of record, hereby stipulate that an abuse of discretion standard of review applies in this case, subject to and as provided for by relevant Ninth Circuit authority, including but not limited to Abatie v. Alta Health & Life Insurance Company, 458 F.3d 955 (9th Cir. 2006). In view of this stipulation, Plaintiff will not file a motion seeking the Court's ruling on the standard of review.

Notwithstanding the Parties' agreement on the applicable standard of review, the issue of whether Plaintiff should be permitted to conduct discovery remains outstanding. Per this Court's order, all discovery currently remains stayed. The Parties have met and conferred and are not able to reach agreement on this issue. Although the Parties continue to engage in the meet and confer process, they anticipate the need for this Court to address the question of whether any discovery is appropriate and if yes, the applicable limits in the context of an ERISA case where the abuse of discretion standard applies.

The Parties request that the Court set the following briefing schedule on the discovery issue so that the Hearing occurs on the date and time of the next Case Management Conference already scheduled by the Court:

| | |
|---|---|
| January 25, 2008 | Motion filed |
| February 8, 2008 | Opposition filed |
| February 15, 2008 | Reply filed |
| February 29, 2008 | HEARING |

IT IS SO STIPULATED.

DATED: January 10, 2008			TEAL & MONTGOMERY

						By:	/S/
							MICHAEL S. HENDERSON
							Attorney for Plaintiff

DATED: January 10, 2008			MILLER LAW GROUP

						By:	/S/
							KATHERINE KETTLER
							Attorneys for Defendant

| | [PROPOSED] ORDER |
|---|---|
| 1 | |

**[PROPOSED] ORDER**

Upon the stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the standard of review in this matter will be for abuse of discretion, subject to and as provided for by relevant Ninth Circuit authority, including but not limited to <u>Abatie v. Alta Health & Life Insurance Company</u>, 458 F.3d 955 (9th Cir. 2006).

IT IS FURTHER ORDERED that the Court will hear Plaintiff's Discovery Motion on February 29, 2008 at 9:00 a.m. The parties will brief the motion as follows:

| | |
|---|---|
| January 25, 2008 | Motion to be filed. |
| February 8, 2008 | Opposition to be filed. |
| February 15, 2008 | Reply to be filed. |

DATED: January 11, 2008

_____
HON. JEFFREY S. WHITE