**TEAL & MONTGOMERY**
STEVEN O. TEAL   (Bar No. 58454)
MICHAEL S. HENDERSON   (Bar No. 175608)
815 Fifth Street, Suite 200
Santa Rosa, California  95404
Telephone:  (707) 525-1212
Facsimile:  (707) 544-1388

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MAZUR,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>PACIFIC TELESIS GROUP COMPREHENSIVE DISABILITY BENEFITS PLAN, AT&T UMBRELLA BENEFIT PLAN NO. 1, and DOES 1 through 50, Inclsuive,<br><br>　　　　　　　Defendants. | Case No.   C 07-1904 JSW<br><br>**STIPULATION OF THE PARTIES TO EXTEND THE DEADLINE FOR COMPLETION OF DISCOVERY** |

　　　　WHEREAS, the Court at the last Case Management Conference ordered that plaintiff, PAUL MAZUR, was entitled to conduct limited discovery, and set a deadline for the parties to complete that discovery by May 20, 2008;

　　　　WHEREAS, plaintiff has propounded 10 special interrogatories and 37 requests for production of documents;

　　　　WHEREAS, defendants responded to these discovery requests on April 17, 2008;

　　　　WHEREAS, the parties have met and conferred in an attempt to resolve disputes arising out of these discovery requests;

1     WHEREAS, the parties have concluded, despite their best efforts, that a motion to the Court will be necessary to resolve certain of these disputes;

3     WHEREAS, the parties will continue to work to narrow the number of disputes to be resolved by the Honorable Magistrate Judge Maria-Elena James and plaintiff will file a motion regarding the remaining unresolved disputes by mid-May 2008;

6     WHEREAS, despite the parties' diligent efforts, it will not be possible to conclude discovery by May 20, 2008.

8     THEREFORE, the parties stipulate to and request that the Court order the deadline for completion of discovery of May 20, 2008 to be vacated and instead, set a new deadline for completion of discovery of July 31, 2008.

11     This extended deadline will allow the parties sufficient time to further meet and confer to narrow issues, to file the necessary Motion to Compel with the designated magistrate judge, and allow such additional responses as the Court may order to be prepared and served by defendants.

DATED: May 2, 2008     TEAL & MONTGOMERY

By: _____/S/_____
MICHAEL S. HENDERSON
Attorneys for Plaintiff

DATED: May 2, 2008     MILLER LAW GROUP

By: _____/S/_____
KATHERINE L. KETTLER
Attorneys for Defendants

/ / /

/ / /

/ / /

/ / /

**~~PROPOSED~~ ORDER**

Upon stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that the deadline to complete discovery, currently May 20, 2008, is vacated, and a new deadline is set for July 31, 2008.

DATED: May 5, 2008

_____
HON. JEFFREY S. WHITE