| | |
|---|---|
| 1 | **TEAL & MONTGOMERY**<br>STEVEN O. TEAL  (Bar No. 58454) |
| 2 | MICHAEL S. HENDERSON  (Bar No. 175608)<br>815 Fifth Street, Suite 200 |
| 3 | Santa Rosa, California  95404<br>Telephone:  (707) 525-1212 |
| 4 | Facsimile:  (707) 544-1388 |
| 5 | ATTORNEYS FOR PLAINTIFF |
| 6 | Michele Ballard Miller (SBN 104198)<br>Katherine L. Kettler (SBN 213586) |
| 7 | MILLER LAW GROUP<br>A Professional Corporation |
| 8 | 500 Sansome Street, Suite 400<br>San Francisco, CA 94111 |
| 9 | Tel. (415) 464-4300<br>Fax (415) 464-4336 |
| 10 | Attorneys for DEFENDANTS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MAZUR,<br><br>          Plaintiff,<br><br>vs.<br><br>PACIFIC TELESIS GROUP COMPREHENSIVE DISABILITY BENEFITS PLAN, AT&T UMBRELLA BENEFIT PLAN NO. 1, and DOES 1 through 50, Inclsuive,<br><br>          Defendants. | **Case No.   C 07-1904 JSW**<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING BRIEFING SCHEDULE AND HEARING ON PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

This stipulation supersedes Plaintiff's Administrative Motion filed on November 5, 2008. The parties stipulate as follows:

Magistrate Judge James ordered Defendants to produce various documents in response to Plaintiff's Motion to Compel Production of Documents. Defendants produced over 4,000 pages of documents to Plaintiff in response to the Court's Order on October 27, 2008. Counsel for Plaintiff has not had sufficient time to review these documents before the November 7, 2008, deadline to file Plaintiff's Amended Cross-Motion and Opposition. Further, Counsel for the parties are in the process of meeting and conferring as to whether there are any additional responsive documents.

In order to allow sufficient time for completion of the parties' meet and confer efforts, the parties hereby stipulate to an order extending the briefing schedule set by the Court in its *sua sponte* September 23, 2008 Order Continuing Hearing On Parties' Cross-Motions For Summary Judgment as follows:

| | |
|---|---|
| December 12, 2008 | Plaintiff's last day to file/serve an amended Cross Motion and Opposition for Summary Judgment. |
| January 16, 2009 | Defendants' last day to file/serve an Opposition to Plaintiff's Cross-Motion and Reply for Summary Judgment. |
| January 30, 2009 | Plaintiff's last day to file/serve a Reply Brief. |
| February 27, 2009 | 9:00 a.m. Hearing on Cross-Motions for Summary Judgment. |
| February 27, 2009 | Further Case Management Conference immediately following the hearing on the parties' Cross-Motions for Summary Judgment. |

The Joint Case Management Conference Statement shall be filed on or before January 30, 2009.

/ / /

/ / /

/ / /

2

IT IS SO STIPULATED:

Dated: November 6, 2008                    TEAL & MONTGOMERY

                                           By:  _____/S/_____
                                           MICHAEL S. HENDERSON
                                           Attorney for Plaintiff


Dated: November 6, 2008                    MILLER LAW GROUP

                                           By:  _____/S/_____
                                           KATHERINE L. KETTLER
                                           Attorney for Defendants

3

**[~~PROPOSED~~] ORDER**

For good cause shown, the Court HEREBY ORDERS that parties' briefing schedule on the parties' Cross-Motions For Summary Judgment is extended and continued as follows:

| | |
|---|---|
| December 12, 2008 | Plaintiff's last day to file/serve an amended Cross Motion and Opposition for Summary Judgment. |
| January 16, 2009 | Defendants' last day to file/serve an Opposition to Plaintiff's Cross-Motion and Reply for Summary Judgment. |
| January 30, 2009 | Plaintiff's last day to file/serve a Reply Brief. |
| March 13, 2009 ~~February 27,~~ | 9:00 a.m. Hearing on Cross-Motions for Summary Judgment. |
| March 13, 2009 ~~February 27,~~ | Further Case Management Conference immediately following the hearing on the parties' Cross-Motions for Summary Judgment. |

The Joint Case Management Conference Statement shall be filed on or before January 30, 2009.

**IT IS SO ORDERED.**

Dated: __November 10, 2008__

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

4