1  **TEAL & MONTGOMERY**
   STEVEN O. TEAL  (Bar No. 58454)
2  MICHAEL S. HENDERSON  (Bar No. 175608)
   815 Fifth Street, Suite 200
3  Santa Rosa, California  95404
   Telephone:  (707) 525-1212
4  Facsimile:  (707) 544-1388

5  ATTORNEYS FOR PLAINTIFF

6  Michele Ballard Miller (SBN 104198)
   Katherine L. Kettler (SBN 213586)
7  MILLER LAW GROUP
   A Professional Corporation
8  111 Sutter Street, Suite 700
   San Francisco, CA 94104
9  Tel. (415) 464-4300
   Fax (415) 464-4336

10 Attorneys for DEFENDANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MAZUR,<br><br>                    Plaintiff,<br><br>           vs.<br><br>PACIFIC TELESIS GROUP COMPREHENSIVE DISABILITY BENEFITS PLAN, AT&T UMBRELLA BENEFIT PLAN NO. 1, and DOES 1 through 50, Inclsuive,<br><br>                    Defendants. | **Case No.   C 07-1904 JSW**<br><br>**STIPULATION AND [PROPOSED] ORDER REMOVING FROM THE DOCKET PLAINTIFF'S FILINGS WHICH CONTAIN CONFIDENTIAL INFORMATION** |

On November 7, 2008, Plaintiff filed an Amended Cross-Motion and Opposition re Summary Judgement, and a Declaration of Michael S. Henderson in Support. Plaintiff inadvertently failed to file certain portions of these documents under seal, as required by the Stipulated Protective Order signed by the Court on October 22, 2008.

Plaintiff has arranged for the Clerk's Office to place a "temporary lock" on these filings, which appear on the Docket as Document Nos. 92 and 93. The parties now stipulate to and request an order by the Court that these two documents be permanently removed from the Docket. Plaintiff will re-file these documents with the appropriate portions under seal pursuant to Civil L.R. 79-5.

IT IS SO STIPULATED.

Dated: November 10, 2008         TEAL & MONTGOMERY


By: _____/S/_____
MICHAEL S. HENDERSON
Attorney for Plaintiff


Dated: November 10, 2008         MILLER LAW GROUP


By: _____/S/_____
KATHERINE L. KETTLER
Attorney for Defendants

# [~~PROPOSED~~] ORDER

For good cause shown, the Court HEREBY ORDERS that the following documents appearing on the Docket shall be permanently removed:

1. Document No. 92 on the Docket, entitled <u>Amended MOTION for Summary Judgment *Cross-Motion for Summary Judgement and Opposition to Defendants' Motion for Summary Judgement*</u>.

2. Document No. 93 on the Docket, entitled <u>Declaration of Michael S. Henderson in Support of 92 Amended MOTION for Summary Judgment *Cross-Motion for Summary Judgement and Opposition to Defendants' Motion for Summary Judgement*</u>. To the extent Plaintiff seeks to re-file these documents, or portions of these documents, Plaintiff must file a motion in compliance with Civil Local Rule 79-5.

**IT IS SO ORDERED.**

Dated: November 12, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE