Michele Ballard Miller (SBN 104198)
   *mbm@millerlawgroup.com*
Katherine L. Kettler (SBN 231586)
   *klk@millerlawgroup.com*
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300

Attorneys for Defendants PACIFIC TELESIS GROUP COMPREHENSIVE DISABILITY BENEFITS PLAN, AT&T UMBRELLA BENEFIT PLAN NO. 1

Steven O. Teal (Bar No. 58454)
   *steveteal@tealmontgomery.com*
Michael S. Henderson (Bar No. 175608)
   *mhenderson@tealmontgomery.com*
TEAL & MONTGOMERY
815 Fifth Street, Suite 200
Santa Rosa, CA 95404
Tel. (707) 525-1212
Fax (707) 544-1388

Attorneys for PLAINTIFF

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MAZUR,<br><br>      Plaintiff,<br><br>v.<br><br>PACIFIC TELESIS GROUP COMPREHENSIVE DISABILITY BENEFITS PLAN, AT&T UMBRELLA BENEFIT PLAN NO. 1, and DOES 1 through 50, Inclusive,<br><br>      Defendants. | Case No.: C 07-01904 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br><br>Complaint filed: April 4, 2007 |

1

**Stipulation and [Proposed] Order Continuing Hearing and Related Dates on
Parties' Cross-Motions for Summary Judgment - Case No.: C 07-01904**

The parties stipulate as follows:

Magistrate Judge James ordered Defendants to produce various documents in response to Plaintiff's Motion to Compel Production of Documents. Defendants produced over 4,000 pages of documents to Plaintiff in response to the Court's Order on October 27, 2008. To provide the parties additional time to resolve continuing disputes relating to Magistrate Judge James' order, on the November 10, 2008, the parties stipulated to an Order Continuing Briefing Schedule and Hearing On Parties' Cross-Motions For Summary Judgment, which the Court signed. Since November 10, 2008, the parties have engaged in good faith meet and confer efforts, most recently through an in-person meeting on November 21, 2008.

As a result of this in-person meeting, the parties are proceeding with additional document review and analysis and limited additional document production in an effort to resolve these issues without seeking Court intervention. This process will require meaningful time to complete. In the event that the parties are unable to resolve all of the outstanding disputes informally, they will require further time to seek resolution from Magistrate Judge James, to allow the Court sufficient time to rule on any remaining discovery issues, and to comply with any further order of the Court. Additionally, Defense Counsel Katherine Kettler will be unavailable From November 24th through December 4th due to an arbitration and related commitments. Accordingly, the parties will not be able to resolve these discovery issues in time to comply with the briefing schedule set by the Court in its November 10, 2008 Order. The parties hereby stipulate to an order extending the briefing schedule set by the Court as follows:

January 16, 2009      Plaintiff's last day to file/serve an Amended Cross Motion and Opposition for Summary Judgment.

2

**Stipulation and [Proposed] Order Continuing Hearing and Related Dates on Parties' Cross-Motions for Summary Judgment - Case No.: C 07-01904**

| | |
|---|---|
| February 20, 2009 | Defendants' last day to file/serve an Opposition to Plaintiff's Cross-Motion and Reply for Summary Judgment. |
| March 6, 2009 | Plaintiff's last day to file/serve a Reply Brief. |
| _____, 2009 | Last day for the parties to file the Joint Case Management Conference Statement. |
| _____, 2009 | 9:00 a.m. hearing on Cross-Motions for Summary Judgment. |
| _____, 2009 | Further Case Management Conference immediately following the hearing on the parties' Cross-Motions for Summary Judgment. |

**IT IS SO STIPULATED.**

Dated: November 21, 2008

MILLER LAW GROUP
A Professional Corporation

By: _____/s/_____
KATHERINE L. KETTLER
Attorneys for Defendants AT&T Umbrella Plan No. 1 and Pacific Telesis Group Comprehensive Disability Benefits Plan

Dated: November 21, 2008

TEAL & MONTGOMERY

By: _____/s/_____
MICHAEL S. HENDERSON
Attorneys for Plaintiff Paul Mazur

3

**Stipulation and [Proposed] Order Continuing Hearing and Related Dates on Parties' Cross-Motions for Summary Judgment - Case No.: C 07-01904**

**[PROPOSED]** ORDER

For good cause shown, the Court HEREBY ORDERS that parties' briefing schedule on the parties' Cross-Motions For Summary Judgment is extended and continued as follows:

| | |
|---|---|
| January 16, 2009 | Plaintiff's last day to file/serve an Amended Cross Motion and Opposition for Summary Judgment. |
| February 20, 2009 | Defendants' last day to file/serve an Opposition to Plaintiff's Cross-Motion and Reply for Summary Judgment. |
| March 6, 2009 | Plaintiff's last day to file/serve a Reply Brief. |
| April 10, 2009 | Last day for the parties to file the Joint Case Management Conference Statement. |
| April 17, 2009 | 9:00 a.m. hearing on Cross-Motions for Summary Judgment. |
| April 17, 2009 | Further Case Management Conference immediately following the hearing on the parties' Cross-Motions for Summary Judgment. |

**IT IS SO ORDERED.**

Dated: November 24, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

4

Stipulation and [Proposed] Order Continuing Hearing and Related Dates on
Parties' Cross-Motions for Summary Judgment - Case No.: C 07-01904