Michele Ballard Miller (SBN 104198)
    mbm@millerlawgroup.com
Katherine L. Kettler (SBN 231586)
    klk@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Ste. 700
San Francisco, CA 94104
Tel. (415) 464-4300

Attorneys for Defendants PACIFIC TELESIS GROUP COMPREHENSIVE DISABILITY BENEFITS PLAN, AT&T UMBRELLA BENEFIT PLAN NO. 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MAZUR,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>PACIFIC TELESIS GROUP COMPREHENSIVE DISABILITY BENEFITS PLAN, AT&T UMBRELLA BENEFIT PLAN NO. 1, and DOES 1 through 50, Inclusive,<br><br>　　　　　　　　Defendants. | Case No.: C 07-1904 JSW<br><br>[PROPOSED] SEALING ORDER<br><br>Complaint Filed: April 4, 2007 |

1  Based upon Plaintiff's Administrative Motion Pursuant to Rule 79-5, Defendants' Memorandum of Points and Authorities in support thereof, and the Declarations of Nancy Watts on behalf of Defendants, and of Angela Papaioannou of behalf of Sedgwick Claims Management Services ("Sedgwick"), a non-party to this action, and for compelling reasons shown, **IT IS HEREBY ORDERED** that the Administrative Motion Pursuant to Rule 79-5 is **GRANTED** as set forth below.

The documents attached to the Declaration of Michael S. Henderson in Support of Plaintiff's Amended Cross-Motion for Summary Judgment and Opposition to Defendants' Motion for Summary Judgment (the "Henderson Decl.") and the text of Plaintiff's Amended Cross-Motion for Summary Judgment and Opposition to Defendants' Motion for Summary Judgment ("Plaintiff's Cross-Motion") which refer to confidential information contained in those documents are ordered sealed as follows:

| DOCUMENT | ORDER |
|---|---|
| Portions of **Exhibit A** to the Henderson Decl., (spreadsheet titled "2005 – 2008 STD Back/Spine Claims – PTG CDBP") | As reflected in the redacted and highlighted versions of this document lodged by Defendants with the Court, Defendants' request that the claim file numbers set forth in this document be redacted and sealed is<br><br>Granted  X    Denied ____ |
| Portions of **Exhibit B** to the Henderson Decl., Bates No. **AT&T01290** | As reflected in the redacted and highlighted versions of this document lodged by Defendants with the Court, Defendants' request that the percentages set forth on this page be redacted and sealed is<br><br>Granted  X   Denied ____ |
| Plaintiff's **Cross-Motion**, **page 12:7-8** | Defendants' request that portions of these lines be redacted and sealed as reflected in the redacted and highlighted versions of Plaintiff's Cross-Motion previously lodged by Plaintiff with the Court is<br><br>Granted  X   Denied ____ |

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
SAN FRANCISCO, CALIFORNIA

| DOCUMENT | ORDER |
|---|---|
| Portions of **Exhibit C** to the Henderson Decl., Bates Nos. **ATT/Mazur 002544-002565** | As reflected in the redacted and highlighted versions of this document lodged by Defendants with the Court, Defendants' request that the dollar amounts set forth on these pages be redacted and sealed is<br><br>Granted  X   Denied ____ |
| Plaintiff's **Cross-Motion**, **page 11:21, 12:2, 14:22-24** | Defendants' request that portions of these lines be redacted and sealed as reflected in the redacted and highlighted versions of Plaintiff's Cross-Motion previously lodged by Plaintiff with the Court is<br><br>Granted  X   Denied ____ |
| Portions of **Exhibit C** to the Henderson Decl., Bates Nos. **ATT/Mazur 003528-003536** | As reflected in the redacted and highlighted versions of this document lodged by Defendants with the Court, Defendants' request that the commercially sensitive information set forth on these pages be redacted and sealed is<br><br>Granted  X   Denied ____ |
| Portions of **Exhibit C** to the Henderson Decl., Bates No. **ATT/Mazur 003602** | As reflected in the redacted and highlighted versions of this document lodged by Defendants with the Court, Defendants' request that the commercially sensitive information set forth on this page be redacted and sealed is<br><br>Granted  X   Denied ____ |
| Portions of **Exhibit C** to the Henderson Decl., Bates Nos. **ATT/Mazur 003641** [may read as 3841] **and 003696** | As reflected in the redacted and highlighted versions of this document lodged by Defendants with the Court, Defendants' request that the commercially sensitive information set forth on these pages be redacted and sealed is<br><br>Granted  X   Denied ____ |
| Plaintiff's **Cross-Motion**, **page 14:19-21** | Defendants' request that portions of these lines be redacted and sealed as reflected in the redacted and highlighted versions of Plaintiff's Cross-Motion previously lodged by Plaintiff with the Court is<br><br>Granted  X   Denied ____ |
| Portions of **Exhibit C** to the Henderson Decl., Bates No. **ATT/Mazur 003838** | As reflected in the redacted and highlighted versions of this document lodged by Defendants with the Court, Defendants' request that the substantive information from this non-party employee performance review set forth on this page be redacted and sealed is<br><br>Granted  X   Denied ____ |

| DOCUMENT | ORDER |
|---|---|
| Portions of **Exhibit D** to the Henderson Decl., Bates Nos. **ATT/Mazur 005421, 005435, 005437, 005438, 005441, and 005444** | Defendants' request that the excerpts of this document included in the Exhibit be sealed in its entirety is<br><br>Granted _X_  Denied ____ |
| Plaintiff's **Cross-Motion**, **page 10:26-11:1** | Defendants' request that portions of these lines be redacted and sealed as reflected in the redacted and highlighted versions of Plaintiff's Cross-Motion previously lodged by Plaintiff with the Court is<br><br>Granted _X_  Denied ____ |
| Portions of **Exhibit D** to the Henderson Decl., Bates Nos. **ATT/Mazur 005566-005589** | Defendants' request that the excerpts of this document included in the Exhibit be sealed in its entirety is<br><br>Granted _X_  Denied ____ |
| Plaintiff's **Cross-Motion**, **page 15:1-6** | Defendants' request that portions of these lines be redacted and sealed as reflected in the redacted and highlighted versions of Plaintiff's Cross-Motion previously lodged by Plaintiff with the Court is<br><br>Granted _X_  Denied ____ |

Furthermore, Defendants' request that the three confidential portions quoted from the page of Exhibit C to the Henderson Decl. Bates No. ATT/Mazur 003529 that Plaintiff failed to redact in his filed Cross-Motion at page 14, lines 17-18, are ordered sealed and redacted is

Granted _X_  Denied ____

Plaintiff is HEREBY ORDERED by no later than February 2, 2009, to publicly file redacted versions of his Amended Cross-Motion for Summary Judgment and Opposition to Defendants' Motion for Summary Judgment and Exhibits A through C to the Declaration of Michael S. Henderson in accordance with this Order.

Date: _January 28, 2009_     _/s/ Jeffrey S. White_
HONORABLE JEFFREY S. WHITE