Michele Ballard Miller (SBN 104198)
mbm@millerlawgroup.com
Katherine L. Kettler (SBN 231586)
klk@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Ste. 700
San Francisco, CA 94104
Tel. (415) 464-4300

Attorneys for Defendants PACIFIC TELESIS GROUP COMPREHENSIVE DISABILITY BENEFITS PLAN, AT&T UMBRELLA BENEFIT PLAN NO. 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MAZUR,<br><br>                              Plaintiff,<br><br>v.<br><br>PACIFIC TELESIS GROUP COMPREHENSIVE DISABILITY BENEFITS PLAN, AT&T UMBRELLA BENEFIT PLAN NO. 1, and DOES 1 through 50, Inclusive,<br><br>                              Defendants. | Case No.: C 07-1904 JSW<br><br>**[PROPOSED] SEALING ORDER**<br><br>Complaint Filed: April 4, 2007 |

1  Based upon Defendant's Administrative Motion to File Under Seal Pursuant to
2  Civil Local Rule 79-5(c), the Declarations of Nancy Watts on behalf of Defendants, and of
3  Angela Papaioannou of behalf of Sedgwick Claims Management Services ("Sedgwick"), a
4  non-party to this action, and for compelling reasons shown, **IT IS HEREBY ORDERED** that
5  the Administrative Motion to File Under Seal is **GRANTED** as set forth below.

7  The Declaration of Angela Papaioannou dated February 13, 2009 attached as
8  Exhibit C to the Declaration of Katherine L. Kettler in Support of Defendants' Opposition to
9  Plaintiff's Amended Cross-Motion for Summary Judgment and Defendants' Reply (the "Feb.
10 13 Papaioannou Decl."), the Declaration of Angela Papaioannou in Support of Defendants'
11 Opposition to Plaintiff's Amended Cross-Motion for Summary Judgment and Defendants'
12 Reply (the "Papaioannou Opp. Decl."), and the Supplemental Declaration of Nancy Watts in
13 Support of Defendants' Opposition to Plaintiff's Cross-Motion for Summary Judgment and
14 Defendants' Reply (the "Supp. Watts Decl."), including Exhibit A attached to the Supp. Watts
15 Decl., as well as the narrowly designated portions of the text of Defendant's Memorandum of
16 Points and Authorities in Opposition to Plaintiff's Amended Cross-Motion for Summary
17 Judgment and Defendants' Reply in Support of Defendants' Motion for Summary Judgment
18 ("Defendants' Opposition and Reply"), which refer to confidential information contained in the
19 above-listed declarations and exhibits, **ARE ORDERED SEALED** as follows:

| DOCUMENT | ORDER |
|---|---|
| **Specific Portions of the Feb. 13 Papaioannou Decl., Page 2, Lines 25-27, and Page 3, Lines 1-28 (Exh. C to the Declaration of Katherine L. Kettler)** | Defendants' request that portions of these lines be redacted and sealed as reflected in the redacted and highlighted version of this document lodged by Defendants with the Court in connection to Defendants' Opposition to Plaintiff's Amended Cross-Motion for Summary Judgment and Defendants' Reply, is<br><br>Granted _X_  Denied ____ |

| DOCUMENT | ORDER |
|---|---|
| **Defendants' Opposition and Reply, Portions of Page 7, n.9 Between Lines 20-23.** | Defendants' request that portions of these lines be redacted and sealed as reflected in the redacted and highlighted version of this document lodged by Defendants with the Court, is<br><br>Granted _X_  Denied ____ |
| **Specific Portions of the Papaioannou Opposition Decl., Page 2, Lines 23-27, Page 3, Lines 1-27, and Page 4, Lines 1-2 and 6-8** | Defendants' request that portions of these lines be redacted and sealed as reflected in the redacted and highlighted version of this document lodged by Defendants with the Court in connection to Defendants' Opposition to Plaintiff's Amended Cross-Motion for Summary Judgment and Defendants' Reply, is<br><br>Granted _X_  Denied ____ |
| **Defendants' Opposition and Reply, Portions of Page 18, Lines 10-15 and n.27 Between Lines 23-27.** | Defendants' request that portions of these lines be redacted and sealed as reflected in the redacted and highlighted version of this document lodged by Defendants with the Court, is<br><br>Granted _X_  Denied ____ |
| **Specific Portions of the Supp. Watts Decl., Page 2, Lines 9-19** | Defendants' request that portions of these lines be redacted and sealed as reflected in the redacted and highlighted version of this document lodged by Defendants with the Court in connection to Defendants' Opposition to Plaintiff's Amended Cross-Motion for Summary Judgment and Defendants Reply, is<br><br>Granted _X_  Denied ____ |
| **Defendants' Opposition and Reply, Portions of page 20, n. 30 Between Lines 22-28** | Defendants' request that portions of these lines be redacted and sealed as reflected in the redacted and highlighted version of this document lodged by Defendants with the Court, is<br><br>Granted _X_  Denied ____ |
| **Specific Portions of the Supp. Watts Decl., Page 2, Lines 21-22** | Defendants' request that portions of these lines be redacted and sealed as reflected in the redacted and highlighted version of this document lodged by Defendants with the Court in connection to Defendants' Opposition to Plaintiff's Amended Cross-Motion for Summary Judgment and Defendants' Reply, is<br><br>Granted _X_  Denied ____ |
| **Defendants' Opposition and Reply, Portions of Page 21, n. 31 Between Lines 22 and 25** | Defendants' request that portions of these lines be redacted and sealed as reflected in the redacted and highlighted version of this document lodged by Defendants with the Court, is<br><br>Granted _X_  Denied ____ |

| DOCUMENT | ORDER |
|---|---|
| **Specific Portions of the Supp. Watts Decl., Page 2, Lines 24-25, and Page 3, Lines 2-9** | Defendants' request that portions of these lines be redacted and sealed as reflected in the redacted and highlighted version of this document lodged by Defendants with the Court in connection to Defendants' Opposition to Plaintiff's Amended Cross-Motion for Summary Judgment and Defendants' Reply, is<br><br>Granted  X    Denied _____ |
| **Exhibit A to the Supp. Watts Decl.** | Defendants' request that this document lodged by Defendants' with the Court in connection to Defendants' Opposition to Plaintiff's Amended Cross-Motion for Summary Judgment and Defendants' Reply be sealed in its entirety is<br><br>Granted  X    Denied _____ |
| **Defendants' Opposition and Reply**, **Portions of Page 18, Between Lines 5-9** | Defendants' request that portions of these lines be redacted and sealed as reflected in the redacted and highlighted version of this document lodged by Defendants' with the Court, is<br><br>Granted  X    Denied _____ |

Furthermore, Defendants' request that the Court order the sealing of portions of Defendants' Opposition and Reply at **page 16, lines 13-16; n.24 on page 16, lines 22-25; and n. 25 on page 16, lines 25-28**, which Defendants seek to seal and keep from the public record in compliance with this Court's prior Sealing Order (Docket No. 107) entered in this action on January 29, 2009, for the compelling reasons upon which that prior Sealing Order was granted, is

Granted  X    Denied _____

Date: __February 26, 2009__     _____
                                HONORABLE JEFFREY S. WHITE

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
SAN FRANCISCO, CALIFORNIA