**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL MAZUR,

    Plaintiff,

v.

PACIFIC TELESIS GROUP
COMPREHENSIVE DISABILITY
BENEFITS PLAN, et al.,

    Defendants.

No. C 07-01904 JSW

**ORDER TO DEFENDANTS TO SHOW CAUSE WHY DOCUMENTS SHOULD NOT BE FILED IN THE PUBLIC RECORD**

On March 6, 2009, Plaintiff filed a request for a sealing order pursuant to Northern District Civil Local Rule 79-5(d), in which he seeks to file under seal portions of his reply in support of his amended cross-motion for summary judgment which references information designated confidential by Defendants. Pursuant to Rule 79-5(d), when such a request is made, within five (5) days thereafter, "the designating party must file with the Court and serve a declaration establishing that the designated information is sealable." If the designating fails to file such a declaration, "the document or proposed filing will be made part of the public record."

Defendants' declaration was due to be filed by March 13, 2009, but has not yet been filed. Accordingly, Defendants are HEREBY ORDERED to file a declaration establishing cause for sealing any portion of Plaintiff's reply brief by no later than March 23, 2009. If Defendants fail to comply with this Order, the Court shall deny Plaintiff's motion and shall order that the entire reply brief be filed in the public record. The Court notes that this is the last

time it will remind *any party* to this case of their obligations under Local Rule 79-5(d). Failure to file the requisite declaration within the required time period will *automatically* result in the Court denying a motion to seal and ordering the exhibits filed in the public record.

**IT IS SO ORDERED.**

Dated: March 19, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE