**TEAL MONTGOMERY & HENDERSON**
STEVEN O. TEAL  (Bar No. 58454)
MICHAEL S. HENDERSON  (Bar No. 175608)
815 Fifth Street, Suite 200
Santa Rosa, California  95404
Telephone:  (707) 525-1212
Facsimile:  (707) 544-1388

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MAZUR,<br><br>             Plaintiff,<br><br>vs.<br><br>PACIFIC TELESIS GROUP COMPREHENSIVE DISABILITY BENEFITS PLAN, AT&T UMBRELLA BENEFIT PLAN NO. 1, and DOES 1 through 50, Inclusive,<br><br>             Defendants. | Case No.   C 07-1904 JSW<br><br>**ADMINISTRATIVE MOTION PURSUANT TO RULE 79-5 FOR SEALING ORDER** |

On October 22, 2008, this court signed a stipulated protective order.  Pursuant to the terms of this order, certain documents were produced by defendants in response to plaintiff's request for discovery.

Under the terms of the stipulated protective order, plaintiff is required to comply with Rule 79-5 and lodge with this court those documents produced by defendant under the protective order, as well as any pleadings which contain the information set forth in such documents.

1    Accordingly, plaintiff has lodged with the court the following:

2        1.    Both a redacted and un-redacted version of his Reply in Support of

3            Amended Cross-Motion for Summary Judgment, which contains

4            references to certain confidential information and documentation produced

5            by defendants.

6    Pursuant to Rule 79-5(d), defendants have the burden to file with the court a declaration

7    establishing that this designated information is sealable, and must lodge and serve a narrowly

8    tailored proposed sealing order.

10   DATED: March 6, 2009                TEAL MONTGOMERY & HENDERSON

12                                       By: _____/S/_____
                                              MICHAEL S. HENDERSON
13                                            Attorney for Plaintiff

16   Plaintiff's motion to seal is HEREBY DENIED. Plaintiff shall file publicly a non-redacted
17   version of his reply brief by no later than March 25, 2009.

20   Dated: March 23, 2009

*IT IS SO ORDERED*
*Jeffrey S. White*
Judge Jeffrey S. White
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA