Michele Ballard Miller (SBN 104198)
mbm@millerlawgroup.com
Katherine L. Kettler (SBN 231586)
klk@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendants
PACIFIC TELESIS GROUP
COMPREHENSIVE DISABILITY BENEFITS
PLAN, AT&T UMBRELLA BENEFIT PLAN NO. 1

Michael S. Henderson (SBN 175608)
mhenderson@tealmontgomery.com
TEAL MONTGOMERY & HENDERSON
815 Fifth Street, Suite 200
Santa Rosa, California 95404
Tel.  (707) 525-1212
Fax (707) 544-1388

Attorneys for Plaintiff
PAUL MAZUR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MAZUR,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC BELL TELEPHONE COMPANY, a corporation, dba AT&T CALIFORNIA; and DOES 1 through 100, inclusive<br><br>Defendants. | Case No.: C07-1904 JSW (EMC)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE**<br><br>Complaint filed:  April 4, 2007 |

**STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE**
**Case No.: C07-1904 JSW (EMC)**

1  WHEREAS, on April 20, 2009 the Honorable Jeffrey S. White ordered Plaintiff PAUL MAZUR and Defendants PACIFIC TELESIS GROUP COMPREHENSIVE DISABILTY BENEFITS PLAN and AT&T UMBRELLA BENEFIT PLAN NO. 1 ("the parties") to appear for a Settlement Conference before a randomly assigned Magistrate Judge, to be conducted by July 17, 2009 (Court Docket No. 137);

WHEREAS, Court-assigned Magistrate Judge Edward M. Chen issued a Notice of Settlement Conference and Settlement Conference Order on April 22, 2009, setting the Settlement Conference for June 16, 2009 and ordering the parties and their counsel to appear (Court Docket No. 138);

WHEREAS, due to scheduling conflicts and availability, the parties and their counsel request that the June 16, 2009 Settlement Conference be vacated, and be continued to June 25, 2009, at 9:30 a.m.;

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the Settlement Conference currently scheduled for June 16, 2009 at 9:30 a.m. in Courtroom C be continued to June 25, 2009 at 9:30 a.m. in Courtroom C.

/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /

1

**STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE**
**Case No.: C07-1904 JSW (EMC)**

1 **IT IS SO STIPULATED.**

Dated: May 7, 2009  MILLER LAW GROUP
A Professional Corporation

By: ___/S/___
Katherine L. Kettler
Attorneys for Defendants
AT&T Umbrella Benefit Plan No. 1 and
Pacific Telesis Group Comprehensive
Disability Benefits Plan

Dated: May 7, 2009  TEAL MONTGOMERY & HENDERSON

By: ___/S/___
Michael S. Henderson
Attorneys for Plaintiff PAUL MAZUR

**ORDER**

Having reviewed the Stipulation executed by Plaintiff PAUL MAZUR and Defendants PACIFIC TELESIS GROUP COMPREHENSIVE DISABILTY BENEFITS PLAN and AT&T UMBRELLA BENEFIT PLAN NO. 1, and good cause appearing, the Court hereby continues the Settlement Conference to June 25, 2009 at 9:30 a.m. in Courtroom C. Settlement Conference statements shall be lodged with Judge Chen's Chambers by June 11, 2009 by hard copy only.  Statements shall not be electronically filed ("e-filed").

**IT IS SO ORDERED.**

Dated: __May 7, 2009_____      _____
                                                                          UNITED STATES MAGISTRATE JUDGE



IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

---

3

**STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE**
**Case No.: C07-1904 JSW (EMC)**