IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL MAZUR,

    Plaintiff,

v.

PACIFIC TELESIS GROUP
COMPREHENSIVE DISABILITY
BENEFITS PLAN, et al.,

    Defendants.

No. C 07-01904 JSW

**ORDER CLARIFYING ORDER DENYING CROSS-MOTIONS FOR SUMMARY JUDGMENT**

Pursuant to the parties' stipulated request, the Court clarifies its Order denying the parties cross-motions for summary judgment as follows: The Court determined that there was a question of fact regarding whether Plaintiff was disabled under the definition for short term disability after July 2, 2006. Defendants denied Plaintiff's long term disability on the grounds that he did not receive short term disability for enough weeks to qualify for long term disability benefits. Therefore, if the Court determines that Plaintiff was disabled under the definition for short term disability for the requisite number of weeks, the issue of whether Plaintiff was disabled under the definition for long term disability becomes an open question. In their trial briefs, the parties shall address whether the Court should determine if Plaintiff's condition

///
///
///
///

satisfies the definition of long term disability in the first instance or whether the Court should remand this issue to be considered by Sedwick.

**IT IS SO ORDERED.**

Dated: May 7, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE