1  **TEAL MONTGOMERY & HENDERSON**
   STEVEN O. TEAL (Bar No. 58454)
2  MICHAEL S. HENDERSON (Bar No. 175608)
   815 Fifth Street, Suite 200
3  Santa Rosa, California 95404
   Telephone: (707) 525-1212
4  Facsimile: (707) 544-1388
5  ATTORNEYS FOR PLAINTIFF

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MAZUR,<br><br>            Plaintiff,<br>v.<br><br>PACIFIC TELESIS GROUP COMPREHENSIVE DISABILITY BENEFITS PLAN, AT&T UMBRELLA BENEFIT PLAN NO. 1, and DOES 1 through 50, Inclusive,<br><br>            Defendant(s). | Case No.: C 07-1904 JSW<br><br>**STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER** |

The parties, by and through their respective counsel of record, hereby stipulate to dismiss this entire action with prejudice. Each party is to bear its own costs and fees.

DATED: January 27, 2010          TEAL MONTGOMERY & HENDERSON

                                 By:
                                     _____/s/_____
                                     MICHAEL S. HENDERSON
                                     Attorney for Plaintiff

DATED: January 27, 2010          MILLER LAW GROUP

                                 By:
                                     _____/s/_____
                                     KATHERINE L. KETTLER
                                     Attorneys for Defendants

**IT IS SO ORDERED.**

DATED: January 28, 2010

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER**
**Case No.: C 07-1904 JSW**